742 S.E.2d 644

**In the Matter of M. Scott TAYLOR, Respondent.**

**Appellate Case No. 2013–000257.**

Supreme Court of South Carolina.

Feb. 8, 2013.

## ORDER

The Office of Disciplinary Counsel asks this Court to place respondent on interim suspension pursuant to Rule 17(b) of the Rules for Lawyer Disciplinary Enforcement (RLDE) contained in Rule 413 of the South Carolina Appellate Court Rules (SCACR). Respondent consents to the issuance of an order of interim suspension in this matter.

IT IS ORDERED that respondent's license to practice law in this state is suspended until further order of this Court.

/s/Jean H. Toal, C.J.